**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3003**

---

RICHARD DEMPSTER,

Plaintiff - Appellant,

versus

GARY CASH; REBECCA KNIGHT, Honorable; EARL J.
FOWLER, Honorable; BUNCOMBE COUNTY, NORTH
CAROLINA, through and by its Child Support
Enforcement Agency; CHERI WOOD; SUSAN WILSON;
JIM SAIN; INVESTIGATOR #1; INVESTIGATOR #2;
RACHAEL STEIN; MARK T. CALLOWAY; CAROL SALIBA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-95-210-1-T)

---

Submitted: January 18, 1996          Decided: January 31, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Richard Dempster, Appellant Pro Se. Virginia Anne Gibbons, Assistant Attorney General, Thaddeus Byron Smith, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina; Stanford Kent Clontz, COUNTY ATTORNEY'S OFFICE, Asheville, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his request for a temporary restraining order and preliminary injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dempster v. Cash, No. CA-95-210-1-T (W.D.N.C. Nov. 3, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3